1 | KEVIN V. RYAN, SBN 118321
United States Attorney
2 | JOANN M. SWANSON, 88143
Assistant United States Attorney
3 | Chief, Civil Division
SARA WINSLOW, DCBN 457643
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TAGARHEID FAKHRALDIN,    )
OBO NASIR FAKHRALDIN,    )
                         )
        Plaintiff,       )   CIVIL NO.  05-02560 PVT
                         )
        v.               )   STIPULATION AND ORDER EXTENDING
                         )   DEFENDANT'S TIME TO FILE
JO ANNE B. BARNHART,     )   RESPONSE TO PLAINTIFF'S
Commissioner of Social Security, )   MOTION FOR SUMMARY JUDGMENT
                         )
        Defendant.       )
_____)

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on March 3, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on April 3, 2006.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Maria V. Daquipa.

1  This is defendant's first request.

5  Dated: March 1, 2006                    /s/
                                    JAMES HUNT MILLER
6                                   Attorney for Plaintiff

                                    KEVIN V. RYAN
8                                   United States Attorney

12 Dated: March 2, 2006      By:        /s/
                                    SARA WINSLOW
13                                  Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated:   3/8/06                  *Patricia V. Trumbull*
                                    PATRICIA V. TRUMBULL
20                                  United States Magistrate Judge

FAKHRALDIN, EXT.MXSJ (mvd)
C 05-02560 PVT                              2